# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LULULEMON ATHLETICA CANADA INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 22-cv-03706 |

## NOTIFICATION OF AFFILIATES

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Lululemon Athletica Canada Inc. ("Plaintiff" or "Lululemon"), by and through its undersigned counsel, certifies that Lululemon Athletica Inc., a publicly traded company, indirectly owns 100% of the stock of Lululemon Athletica Canada Inc. No other publicly traded corporation owns 5% or more of the stock of Lululemon Athletica Canada Inc.

Dated this 18th day of July 2022.        Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Kasey L. Ewald
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
kewald@gbc.law

*Counsel for Plaintiff*
*Lululemon Athletica Canada Inc.*