IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LULULEMON ATHLETICA CANADA INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 22-cv-03706 |

## NOTICE OF CLAIMS INVOLVING TRADEMARKS

Pursuant to Local Rule 3.4, Plaintiff Lululemon Athletica Canada Inc. ("Plaintiff" or "Lululemon"), by and through its counsel, hereby provides notice of claims involving trademarks. The information required by the rule and 15 U.S.C. §1116(c) is as follows:

1. Names and Addresses of Litigants:

   Lululemon Athletica Canada Inc.
   400-1818 Cornwall Avenue
   Vancouver, British Columbia V6J 1C7
   Canada

   The Partnerships and Unincorporated Associations Identified on Schedule "A"
   Addresses Unknown

2. U.S. Registrations upon which suit has been brought include:

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 4,391,115 | LULULEMON | Clothing, namely, t-shirts, shirts, tank tops, sweatshirts, sweaters, jerseys, jumpers, pants, sweatpants, shorts, skirts, dresses, jackets, coats, vests, underwear, socks, warm-up suits, bodysuits, leotards, tights, leggings, leg warmers; headwear, namely, hats, caps, |

1

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| | | toques, visors, headbands, bandanas; clothing accessories, namely, belts, scarves, shawls, shoulder wraps, arm warmers, mittens, gloves; sandals in class 025. |
| 3,990,179 | LULULEMON | Retail store services featuring clothing, apparel, accessories, headwear, socks, yoga equipment, athletic equipment, bags, backpacks, tote bags, pre-recorded DVDs, featuring topics relating to yoga instruction, yoga philosophy, exercise and health living; online retail store services featuring clothing, apparel, accessories, headwear, socks, yoga equipment, athletic equipment, bags, backpacks, tote bags, pre-recorded DVDs, featuring topics relating to yoga instruction, yoga philosophy, exercise and health living in class 035. |
| 2,607,811 | lululemon athletica | Clothing, namely, pants, shirts, t-shirts, shorts, sweatshirts, sweatpants, socks, jackets, coats, hats in class 025. |
| 2,460,180 | [logo] | Clothing, namely, pants, shirts, t-shirts, shorts, sweatshirts, sweatpants, socks, jackets, coats, hats in class 025. |
| 3,985,877 | [logo] | Retail store services featuring clothing, apparel, accessories, headwear, socks, yoga equipment, athletic equipment, bags, backpacks, tote bags, pre-recorded DVDs, featuring topics relating to yoga instruction, yoga philosophy, exercise and health living; online retail store services featuring clothing, apparel, accessories, headwear, socks, yoga equipment, athletic equipment, bags, backpacks, tote bags, pre-recorded DVDs, featuring topics relating to yoga instruction, yoga philosophy, exercise and health living in class 035. |

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 3,024,374 | LUON | Clothing, namely, T-shirts, shirts, pants, shorts, sweatshirts, sweatpants, tank tops, jackets, coats and hats for men, women and children in class 025. |
| 3,116,371 | SILVERESCENT | Clothing, namely T-shirts, shirts, pants, shorts, skirts, dresses, sweatshirts, sweatpants, tank tops, underwear, socks, jackets, coats, headwear, footwear in class 025. |
| 3,272,013 | VITASEA | Dresses; Pants; Shirts; Skirts; Sweat pants; Sweat shirts; T-shirts; Tank tops; Underwear in class 025. |
| 3,976,389 | LUXTREME | Body suits; Jackets; Leggings; Pants; Shirts; Shorts; Skirts; Tank tops; Tights in class 025. |
| 3,978,257 | GROOVE | Yoga pants in class 025. |
| 3,978,258 | GROOVE PANT | Yoga pants in class 025. |
| 4,033,939 | SET-MY-PONYTAIL-FREE | Clothing, namely, hooded sweatshirts, jackets and coats; Headwear, namely, hats and caps in class 025. |
| 4,214,049 | WUNDER UNDER | Clothing, namely crop pants, pants, shorts, tights, leggings in class 025. |
| 4,214,052 | POWER Y | Clothing, namely, tank tops, bras in class 025. |
| 4,219,265 | RULU | Clothing, namely, T-shirts, shirts, pants, shorts, sweatshirts, sweatpants, tank tops, underwear, socks, jackets, coats and hats for men, women and children in class 025. |
| 4,234,113 | DEFINE JACKET | Clothing, namely, jackets in class 025. |
| 4,333,759 | SCUBA | Clothing, namely, hooded sweatshirts, jackets, coats, tops in class 025. |

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 4,832,139 | CUFFINS | Clothing, namely, jackets, sweatshirts, shirts, sweaters in class 025. |
| 4,905,437 | PACE BREAKER | Clothing, namely, shorts and underwear in class 025. |
| 4,964,908 | FULL-ON | Athletic apparel, namely, pants, shorts, crop pants, tights and leggings all for men, women and children; all of the foregoing expressly excluding cosmetics in class 025. |
| 5,040,370 | ALL THE RIGHT PLACES | Clothing, namely, crop pants, pants, shirts, tights, leggings in class 025. |
| 5,041,355 | BLOCK-IT POCKET | Clothing, namely, pants, sweatpants, shorts in class 025. |
| 5,413,086 | SWIFTLY | Clothing, namely, t-shirts, shirts, tank tops, sweatshirts, sweaters; clothing accessories, namely, arm warmers and scarves; headwear, namely, headbands in class 025. |
| 5,617,645 | TIGHT STUFF | Clothing, namely, pants, tights, and leggings in class 025. |
| 5,666,869 | NULU | Clothing, namely, shirts, tank tops, pants, sweatpants, shorts, dresses, jackets, bodysuits, leotards, tights, bras in class 025. |
| 5,751,880 | SERIOUSLY LIGHT | Clothing, namely, t-shirts, shirts, tank tops and headbands in class 025. |
| 4,897,183 | (design of hooded sweatshirt) | Hooded sweat shirts; Jackets; Coats in class 025. |

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 4,986,083 | | Clothing, namely, tights, pants in class 025. |
| 5,393,854 | | Clothing, namely, tights, pants, leggings in class 025. |

Dated this 18th day of July 2022.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Kasey L. Ewald
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
kewald@gbc.law

*Counsel for Plaintiff*
*Lululemon Athletica Canada Inc.*